IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| FX Aviation Capital, LLC, | ) | |
| | ) | C.A. No. 6:22-01254-HMH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Hector Guerrero, Mark Liker, Anatoly Galunov, Stratus Aircraft n/k/a Airlux Aircraft Inc., and LG Aviation, Inc., | ) ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff FX Aviation Capital, LLC's motion for attorney's fees and costs as directed by the court at the hearing held on July 10, 2023. At the hearing, the court granted Plaintiff's motion to compel the further deposition of Defendant Mark Liker ("Liker") and awarded sanctions based on Liker's counsel's improper conduct at Liker's original deposition. The court has received certain objections from Liker pertaining to the claimed attorney's fee amount.

The court agrees that the Plaintiff should not recover attorney's fees for the time spent preparing for Liker's original deposition because that time would have been incurred regardless of Liker's counsel's improper conduct. Otherwise, after review, the remaining amount of attorney's fees and costs sought by Plaintiff is reasonable.

1

It is therefore

**ORDERED** that Plaintiff's motion for attorney's fees and costs, docket number 99, is granted in part and denied in part. It is further

**ORDERED** that Defendant Liker is ordered to pay Plaintiff attorney's fees in the amount of $7,627.50 and costs in the amount of $665.06.

**IT IS SO ORDERED.**

                                                  s/Henry M. Herlong, Jr.
                                                  Senior United States District Judge

Greenville, South Carolina
July 31, 2023